**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-0074-RJC-DSC**

| | | |
|---|---|---|
| **KRISTOFER FOUTCH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **EQUIFAX INFORMATION SERVICES LLC et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

      **THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Yitzchak Zelman]" (document #14) filed July 6, 2022. For the reasons set forth therein, the Motion will be granted.

      The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

      **SO ORDERED**.

Signed: July 6, 2022

David S. Cayer
United States Magistrate Judge